1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   FILOMENO ULLOA PONCE

                     UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | Case No. 2:11-cr-340 JAM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO JANUARY 24, 2012, AT 9:30 A.M.** |
| v. | ) | |
| FILOMENO ULLOA PONCE, | ) | Date:  December 6, 2011 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 6, 2011, at 9:30 a.m., and reset it for January 24, 2012, at 9:30 a.m.

Defense counsel requires the continuance to confer with Mr. Ponce and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through January 24, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

Stipulation and [Proposed] Order                                    11-0340 JAM

1

parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: December 1, 2011         Respectfully submitted,

                                DANIEL BRODERICK
                                Federal Defender

                                /s/ M. Petrik
                                _____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for Defendant

Dated: December 1, 2011         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M. Petrik for W. Wong
                                _____
                                WILLIAM WONG
                                Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on January 24, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).  The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: 12/1/2011                /s/ John A. Mendez
                                _____
                                HON. JOHN A. MENDEZ
                                United States District Judge

Stipulation and [Proposed] Order                              11-0340 JAM