DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 11-340 JAM |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MARCH 13, 2012, AT 9:30 A.M.** |
| v. | ) | |
| FILOMENO ULLOA PONCE, | ) ) | Date: February 21, 2012 Time: 9:30 a.m. |
| Defendant. | ) ) | Judge: Hon. John A. Mendez |
| _____ | ) | |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for February 21, 2012, at 9:30 a.m., and reset it for March 13, 2012, at 9:30 a.m.

Defense counsel requires the continuance to investigate this case, confer with Mr. Ponce, and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through March 13, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

Stipulation and [Proposed] Order                                                             11-340 JAM

1

defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: February 13, 2012          Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorneys for Defendant

Dated: February 13, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for W. Wong
                                  _____
                                  WILLIAM WONG
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on March 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: 2/13/2012                  /s/ John A. Mendez
                                  _____
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge

Stipulation and [Proposed] Order                              11-340 JAM